Submitted December 6, 1971. *Louis S. Cali*, for appellant; *Mark E. Kogan* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Stokes, Appellant.

Argued December 6, 1971. *John W. Packel*, Assistant Defender, with him *Andrea Levin*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Maxine J. Stotland*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Stokes, Appellant.

722

Submitted December 6, 1971. *Abraham T. Needleman, Kenneth S. Harris,* and *Needleman, Needleman, Tabb & Eisman,* for appellant; *Robyn Greene* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Taylor, Appellant.

Submitted December 6, 1971. *Joseph A. Tate, Andrew Joseph Taylor,* and *Schnader, Harrison, Segal & Lewis,* for appellant; *Richard D. Steel* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Van Scoten, Appellant.

Submitted December 6, 1971. *Kenneth A. Cardone,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.